UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00050-RJC

| | |
|---|---|
| LEILA LOCKERBY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) **ORDER**<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. )<br>_____ ) | |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Doc. No. 13. The Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. The Plaintiff's counsel has consented to the Defendant's Motion for Reversal and Remand.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reversal and Remand is **GRANTED**. The Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that the Plaintiff's Motion for Summary Judgment, Doc. No. 9, is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: October 24, 2022

Robert J. Conrad, Jr.
United States District Judge